UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | CASE NO. CR10-114-RAJ |
| Plaintiff, ) | |
| ) | |
| v. ) | |
| ) | SUMMARY REPORT OF U.S. |
| NATHAN MICHAEL SHIELDS, ) | MAGISTRATE JUDGE AS TO |
| ) | ALLEGED VIOLATIONS |
| Defendant. ) | OF SUPERVISED RELEASE |
| ) | |

An evidentiary hearing on supervised release revocation in this case was scheduled before me on April 13, 2012. The United States was represented by AUSA Thomas Woods and the defendant by Cassandra Stamm. The proceedings were digitally recorded.

Defendant had been sentenced in the Eastern District of Washington on or about August 5, 2008 by the Honorable Fred Van Sickle on a charge of Manufacturing 100 or More Marijuana Plants, and sentenced to 24 months custody, 4 years supervised release, Case No. CR07-178 FVS.

The conditions of supervised release included the standard conditions plus the requirements that defendant provide access to financial information on request, participate in

mental health treatment and follow treatment recommendations, submit to search, satisfactorily complete an approved substance abuse treatment program, submit to drug testing, and abstain from the use of illegal controlled substances. (Dkt. 3 at 9.) The case was transferred to this District on April 28, 2010. (Dkt. 3 at 2.)

On December 2, 2011, defendant admitted violating the conditions of supervised release by committing the crime of Assault IV, possessing dangerous weapons, and changing residences without prior notice to his probation officer. (Dkt. 31.) Defendant was sentenced to 60 days in custody, three years supervised release. He was ordered to participate in a residential reentry program for up to 180 days and was prohibited from possessing or distributing any synthetic marijuana or other intoxicant, regardless of chemical composition. (Dkt. 31 at 4.)

In an application dated February 22, 2012 (Dkt. 32, 33), U.S. Probation Officer Michael S. Larsen alleged the following violation of the conditions of supervised release:

1. Failing to reside in and satisfactorily participate in a residential reentry center, on or about February 17, 2012, in violation of the special condition ordering him to do so.

Defendant was advised in full as to the charge and as to his constitutional rights.

Defendant admitted the violation and waived any evidentiary hearing as to whether it occurred. (Dkt. 39.)

I therefore recommend the Court find defendant violated his supervised release as alleged, and that the Court conduct a hearing limited to the issue of disposition. The next hearing will be set before Judge Jones.

///

Pending a final determination by the Court, defendant has been detained.

DATED this 13th day of April, 2012.

/s/ Mary Alice Theiler
Mary Alice Theiler
United States Magistrate Judge

cc: District Judge: Honorable Richard A. Jones
AUSA: Thomas Woods
Defendant's attorney: Cassandra Stamm
Probation officer: Michael S. Larsen

SUMMARY REPORT OF U.S. MAGISTRATE JUDGE AS
TO ALLEGED VIOLATIONS OF SUPERVISED RELEASE
PAGE -3